# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DONALD R. BURLEW, individually and on behalf of all similarly situated persons,** | : | NO. H-4:15-CV-03289-KPE |
| **Plaintiff,** | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| **SAVANNA ENERGY SERVICES (U.S.A.) CORP.** | : | **COLLECTIVE ACTION** |
| **Defendant.** | : | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL

Currently before the Court is Defendant Savanna Energy Services (U.S.A.) Corp.'s ("Savanna") Unopposed Motion For Leave To File Settlement Agreement Under Seal. The Court, being well and sufficiently advised, finds that the Motion should be **GRANTED**. Savanna shall submit the Settlement Agreement to the U.S. District Clerk who is directed to file it under seal.

IT IS SO ORDERED.

_____
Honorable Keith P. Ellison
United States District Court Judge

_____
Date

1